# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **DEBORAH M. POINDEXTER, ET AL.** | **CIVIL ACTION NO. 04-1035** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **UNITED STATES OF AMERICA, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent and exhaustive review of the entire record and the written objections filed herein, and concurring with the Magistrate Judge's findings under the applicable law,

IT IS ORDERED that Defendants' Motions for Summary Judgment [Doc. Nos. 11 and 29] are GRANTED, and Plaintiffs' claims are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the Defendants' remaining Motions for Summary Judgment [Doc. Nos. 27 and 28] and Defendants' Motions in Limine [Doc. Nos. 43, 44, and 45] are MOOT.

MONROE, LOUISIANA this 6th day of April, 2006.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE