RECEIVED
IN MONROE, LA
APR - 9 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| DEBORAH M. POINDEXTER, ET AL | CIVIL ACTION NO. 04-1035 |
| VERSUS | JUDGE ROBERT G. JAMES |
| UNITED STATES OF AMERICA, ET AL | MAG. JUDGE KAREN L. HAYES |

## MEMORANDUM ORDER

Before the Court is the United States' Motion for Summary Judgment [Doc. No. 27] ("Discretionary Functions Motion"). In their filings opposing that Motion, Plaintiffs have cited to evidence referring to Chapter 3 and Draft Chapter 14 of the U.S. Army Corps of Engineers Sign Standards Manual ("Sign Standards Manual"). See, e.g., [Doc. No. 67-3 at 3-6]. Because the Court finds these portions of the Sign Standards Manual would be useful in ruling on the United States' Discretionary Functions Motion,

IT IS ORDERED that the United States produce Chapter 3 and Draft Chapter 14 of the Sign Standards Manual as they were written in 1992 and 1993.

IT IS FURTHER ORDERED that the United States file a memorandum addressing the following two issues:

(1) Whether the Signs Standards Manual and the December 22, 1992 decision of John P. Elmore ("Elmore Decision"), see [Doc. No. 67-3, at 3-4], constitute a "federal policy" under United States v. Gaubert. See 499 U.S. 315, 322 (1991) ("[discretionary conduct] involves an element of judgment or choice . . . . This requirement of judgment or choice is not satisfied if a federal . . . policy specifically prescribes a course of action for an employee to follow, because the employee has no rightful option but to adhere to the directive." (citations and internal quotations omitted)); and

(2) Whether the January 13, 1993 decision of Charlie H. Caldwell, see [Doc. No. 67-

3, at 1], was prescribed by the Sign Standards Manual and the Elmore Decision. The United States has until **Friday, May 9, 2008**, to comply with this order. Any party wishing to respond to the United States' memorandum must do so within fifteen (15) days from the date the United States' memorandum is filed.

Monroe, Louisiana this 9 day of April, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE