RECEIVED
IN MONROE, LA
JUL 11 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **DEBORAH M. POINDEXTER, ET AL.** | * | **CIVIL ACTION NO. 04-1035** |
| **VERSUS** | * | **JUDGE JAMES** |
| **UNITED STATES OF AMERICA THROUGH THE CORPS OF ENGINEERS** | * | **MAGISTRATE JUDGE HAYES** |
| **DEBORAH M. POINDEXTER, ET AL.** | | **(consolidated with)** |
| **VERSUS** | | **CIVIL ACTION NO. 04-1158** |
| **BOARD OF COMMISSIONERS OF THE TENSAS BASIN LEVEE DISTRICT** | | |

## JUDGMENT

[Doc. No. 120]

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that the motion for summary judgment [doc. # 108] filed by defendant, Board of Commissioners of the Tensas Basin Levee District and joined in by defendant, the United States of America [doc. # 112] be, and it is hereby DENIED.

THUS DONE AND SIGNED this 11 day of July, 2008, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE